**FILED**

6/8/2020

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CEDRIC H.E. GRAVES, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  20-01313 (UNA) |
| | ) | |
| STATE OF OREGON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM OPINION**

This matter is before the Court on review of this *pro se* plaintiff's application to proceed

*in forma pauperis* and her civil complaint.

The Court has reviewed the plaintiff's complaint, keeping in mind that complaints filed

by *pro se* litigants are held to less stringent standards than those applied to formal pleadings

drafted by lawyers.  *See Haines v. Kerner*, 404 U.S. 519, 520 (1972).  Even *pro se* litigants must

comply with the Federal Rules of Civil Procedure.  *Jarrell v. Tisch*, 656 F. Supp. 237, 239

(D.D.C. 1987).  Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint

contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a

short and plain statement of the claim showing that the pleader is entitled to relief, and a demand

for judgment for the relief the pleader seeks.  Fed. R. Civ. P. 8(a).  The purpose of the minimum

standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to

prepare a responsive answer, to prepare an adequate defense and to determine whether the

doctrine of *res judicata* applies.  *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's claims pertain to his arrest in 2011and, it appears, his current supervision. Missing from his complaint is a statement establishing this Court's subject matter jurisdiction, a viable legal claim, or a demand for relief.  The complaint fails to meet the pleading standard set forth in Rule 8(a).

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint and this civil action without prejudice.  An Order consistent with this Memorandum Opinion is issued separately.


DATE: June 8, 2020                                 /s/
                                                   EMMET G. SULLIVAN
                                                   United States District Judge